255819
ORIGINAL

STATE OF MICHIGAN
COUNTY OF WAYNE
THIRD JUDICIAL CIRCUIT COURT - CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF MICHIGAN,

    vs.                           Case No. 88-011275

DWIGHT H. RASHAD,

        Defendant.
_____/

**RESENTENCE**

BEFORE THE HONORABLE VERA MASSEY JONES
CIRCUIT COURT JUDGE

Detroit, Michigan - Friday, May 14, 2004

APPEARANCES:

For the People:    TERRANCE K. BOYLE (P11086)
                    Wayne County Prosecutor's Office
                    1441 St. Antoine, 12th Floor
                    Detroit, Michigan  48226-2302
                    (313) 224-5777

For the Defendant:  JEFFREY L. EDISON (P25912)

Court Reporter:    JANICE I. PAYNE, CSMR 3521
                    (313) 224-2487



RECEIVED JAN 21 2005 MICHIGAN COURT OF APPEALS FIRST DISTRICT
Notice of Filing Sent
Clerk

TABLE OF CONTENTS

WITNESSES:                                                    PAGE

    NONE

EXHIBITS:                                          MARKED   ADMITTED

    NONE

```
 1                    Detroit, Michigan
 2                    Friday, May 14, 2004
 3                    At about 10:11 a.m.
 4                    (All parties present.)
 5              THE CLERK:  Case number 88-11275; People
 6     versus Dwight Rashad.  This matter is before the Court
 7     for resentencing.  Actually, the sentence is in
 8     progress.
 9              THE COURT:  Your appearances for the record?
10              MR. EDISON:  Jeffrey Edison on behalf of Mr.
11     Rashad.
12                    Good morning, your Honor.
13              THE COURT:  Good morning.
14              MR. BOYLE:  Terrance K. Boyle on behalf of
15     Kym Worthy, representing the People of the State of
16     Michigan.
17              THE COURT:  Okay.  Was there anything else
18     that had to be changed in this Presentence Report?
19              MR. EDISON:  No, your Honor.  I've had a
20     chance to review the report together with Mr. Rashad,
21     and I have no further corrections.
22              THE COURT:  Okay.  Is there anything you'd
23     like to say before I impose sentence?
24              MR. EDISON:  Yes, your Honor.
25                    I know that the sentence is required in
```

```
 1   this case, particular sentence, so I don't intend to
 2   address that.
 3                However, standing here together with Mr.
 4   Rashad, giving my knowledge of him and my interactions
 5   with him, I would like to make some comments for the
 6   record.  And that is is that over the years of practice
 7   of -- and I guess I've come in contact with thousands
 8   of men and women, a lot of different crimes, a lot of
 9   different offenses, I would say to the Court that as
10   recent as, I believe, sometime early '90s, I've had the
11   pleasure and opportunity to participate in programs at
12   the Ryan Correctional Facility.
13                And I think it was in the early '90s
14   that I first came in contact with Mr. Rashad.  And at
15   that time, he was part of the leadership of the prison
16   NAACP Chapter that organized programs during African
17   History Month; during Kwanza celebrations.
18                They had organized community volunteers
19   where different persons in the community would come in
20   and interact with the men in the prison.
21                Also, he was responsible for developing
22   programs that addressed, I guess, the support of the
23   men in the prison in terms of their own personal
24   development.
25                And even from the time that I first met
```

1  Mr. Rashad until now, I was able to see his own
2  personal growth and development, aside from just what
3  he was doing in the prison for the prisoners, but also
4  for families of prisoners too.  Because that, I think,
5  is a very important aspect of this process that we have
6  to address in terms of maintaining some kind of
7  continuity in the hopes that a person will return to
8  the community as being a viable and productive member
9  of our community.
10              In terms of what we refer to
11  academically as the rehabilitative aspect of sentence,
12  and whether a person truly can rehabilitate themselves,
13  I think Mr. Rashad represents someone who has
14  rehabilitated himself.
15              There's one interesting note in the
16  report regarding his institutional record; and that is,
17  Mr. Rashad has been incarcerated upwards to 15 years
18  now, maybe going on 16.  But at least 15 years.  During
19  that time he's only received one misconduct violation,
20  and that was within the first nine months of his
21  incarceration, and that was for being out of place.
22              I think that that speaks volumes about
23  his inner character and the type of person that he is.
24  Certainly, whatever was going on in Mr. Rashad's life
25  at the time of this offense was one thing.  But once he

```
 1   was placed in the correctional system, and he had time
 2   to address whatever negativity he was experiencing, and
 3   made a decision on his own part to change his life, and
 4   to -- well, just to change, that he did in fact do
 5   that.
 6              And I would say to the Court that Mr.
 7   Rashad has served as an inspiration, really, because --
 8   for me, because we deal with so many different people
 9   all the time, and different degrees of tragedies.  And
10   it is rather refreshing and inspiring to meet someone
11   who has gone through this process and has turned
12   themselves around, and to really help others.
13              So, he has never made any excuses.  He
14   has not been bitter behind all of this.  And so, as the
15   Court imposes its sentence, I'd ask the Court to
16   consider recommending that he be eligible for parole at
17   this time.  The legislation allows for his
18   parolability.  I think he represents the type of person
19   who should be paroled.  He's demonstrated it by the
20   work that he's done while he's been incarcerated.
21              And so, before I conclude, I would just
22   note that he has family members in court in support of
23   him, and I just think he is worthy of parole at this
24   time, your Honor.
25              THE COURT:  Anything from the People?
```

```
 1              MR. BOYLE:  Nothing at all.  I'd just ask the
 2   Court to follow the law.
 3              THE COURT:  All right.
 4              Mr. Rashad, anything you'd like to say?
 5              DEFENDANT RASHAD:  Yes.  I would like to say,
 6   your Honor, that there's an African proverb that says
 7   "habits is like a full-grown mountain; hard to get over
 8   or pull down."
 9              As a result, I take full responsibility
10   for my past, present, and future actions.  And I'm
11   grateful to this Court, the prosecutors on this case,
12   defense attorneys, prison volunteers, and my family and
13   friends for your role during my 15 years of
14   incarceration, because I am definitely better than I
15   used to be.
16              THE COURT:  Well, I have no choice but to
17   impose the natural -- to impose a life sentence because
18   that was mandated by statute at the time he committed
19   the crime, and that's what I impose.
20              I will recommend, and I will comment, I
21   noticed when I read the update, it is unusual to have a
22   person in prison for the number of years that he's been
23   in, and to have had only one problem.  And they say
24   that the misconducts usually do occur during the first
25   year or so because it's hard to get into that routine.
```

```
 1    But once, apparently, he got into the routine, he has
 2    had no other problems.
 3                I hope that they will look at him for
 4    parole.  Because if you remember at the time I
 5    sentenced him, I had decided, based on what I could see
 6    in regard to the law, that it was cruel and unusual
 7    punishment.
 8                I was overturned on that, and told to
 9    bring him back, and it's never happened.  And now the
10    legislature has decided it doesn't make sense to
11    incarcerate people for that length of time, and they've
12    changed the law now.
13                And under the new law, he is eligible --
14    he can be considered for parole, and I would recommend
15    that the parole board do take a look at him very
16    seriously and as soon as possible.
17                Good luck to you, sir.
18           DEFENDANT RASHAD:  Okay, thank you.
19           THE COURT:  You may file an Application for
20    Leave to appeal your conviction and sentence to a
21    higher court.  If you're without funds to hire a
22    lawyer, you may request this Court to appoint an
23    attorney, and request that this Court furnish that
24    attorney with the portions of transcript and records
25    the attorney needs.
```

```
 1                    The request for the appointment of an
 2    attorney must be made in writing and sent directly to
 3    the Court at the address noted above within 42 days.
 4                    The financial schedule on the back of
 5    this form must be completed.
 6                    Good luck to you, sir.
 7                    (At about 10:20 a.m., proceedings concluded.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

STATE OF MICHIGAN)
                 ) ss
COUNTY OF WAYNE  )

    I certify that this transcript, in the matter of THE PEOPLE OF THE STATE OF MICHIGAN vs. DWIGHT H. RASHAD, case number 88-011275, consisting of 10 pages, is a complete, true, and correct transcript of the proceedings held in this case on Friday, May 14, 2004.

June 22, 2004

JANICE I. PAYNE, CSMR-3521
Official Court Reporter
Third Judicial Circuit Court
 - Criminal Division
1441 St. Antoine, 9th Floor
Detroit, MI  48226
(313) 224-2487